IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

N.S, ARNOLD GACHUPIN,
and JUDY GACHUPIN,

    Plaintiffs,                                                        Case No. 1:24-cv-276-JMC-KK

v.

ALBUQUERQUE PUBLIC SCHOOLS;
LOVIATA MITCHELL, in her individual
capacity, and MANUEL ALZAGA, in his
individual capacity,

    Defendants.

**ORDER GRANTING DEFENDANT MITCHELL'S UNOPPOSED MOTION TO FILE UNDER SEAL IN SUPPORT OF SUMMARY JUDGMENT MOTION; DENYING AS MOOT PLAINTIFFS' MOTION TO EXTEND PAGE LIMITS; AND GRANTING PLAINTIFFS' AMENDED UNOPPOSED MOTION TO EXTEND PAGE LIMITS**

On March 26, 2025, Defendant Loviata Mitchell moved for leave to file under seal excerpts from two depositions and one medical record in conjunction with her motion for summary judgment (Doc. 142). Defendant Mitchell indicates that Plaintiffs do not oppose her motion. Also on March 26, 2025, Plaintiffs moved for leave to extend the page limits for their motion for partial summary judgment against Defendant Mitchell (Doc. 143). Later that day, Plaintiffs filed an amended motion to extend the page limits for their motion for partial summary judgment against Defendant Mitchell noting that Defendant Mitchell does not oppose the motion and that Defendant Albuquerque Public Schools takes no position on the motion (Doc. 144).

For good cause shown, the Court GRANTS Defendant Mitchell's unopposed motion to file under seal in support of summary judgment motion (Doc. 142) and GRANTS Plaintiffs' amended unopposed motion to extend page limits (Doc. 144). Because the Court grants the amended motion, it DENIES AS MOOT Plaintiffs' motion to extend page limits (Doc. 143).

2

IT IS SO ORDERED.

Entered for the Court
this the 27th day of March, 2025

/s/ Joel M. Carson III
Joel M. Carson III
United States Circuit Judge
Sitting by Designation