IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

N.S., ARNOLD GACHUPIN,
and JUDY GACHUPIN,

        **Plaintiffs,**

vs.                                                        Case No. 1:24-cv-00276-JMC-KK

ALBUQUERQUE PUBLIC SCHOOLS;
LOVIATA MITCHELL, in her individual
capacity; and MANUEL ALZAGA, in his
individual capacity[1],

        **Defendants.**

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiffs and Defendants, by and through their respective counsel of record, hereby jointly move for dismissal with prejudice all claims that were brought by Plaintiffs against Defendants in above-captioned matter with the parties to bear their own costs and fees. As grounds for this Motion, the parties state that they have reached a settlement as to all claims that were or that could have been brought by Plaintiffs against Defendants in above-captioned matter and there remain no issues for determination by this Court.

WHEREFORE, for the foregoing reasons, Plaintiffs and Defendants request the Court enter an Order dismissing this case in its entirety with prejudice, with the parties to bear their own costs and fees.

Respectfully Submitted,

**MODRALL SPERLING ROEHL HARRIS & SISK, P.A.**

---

[1] APS notes that though the Parties have dismissed Mr. Alzaga as a party from the case, he remains in the caption.

By: */s/ Jennifer Anderson*
Jennifer G. Anderson
Abigail Bannon-Schneebeck
Post Office Box 2168
Albuquerque, NM 87103-2168
Tel: (505) 848-1800
*jennifer.anderson@modrall.com*
*Abigail.bannon-schneebeck@modrall.com*
*Attorneys for Defendants Albuquerque Public Schools*

and

KENNEDY, HERNANDEZ & HARRISON, P.C.

By: *Approved via email on 8/11/25*
Paul J. Kennedy
Jessica M. Hernandez
Elizabeth A. Harrison
Ryne P. Smith
201 Twelfth Street NW
Albuquerque, NM 87102
(505) 842-8662
pkennedy@kennedyhernandez.com
jhernandez@kennedyhernandez.com
eharrison@kennedyhernandez.com
rsmith@kennedyhernandez.com
*Attorneys for Plaintiffs*

and

WALSH GALLEGOS KYLE ROBINSON & ROALSON, P.C.

By: *Approved via email on 8/8/25*
Roxie P. Rawls-De Santiago
Esperanza Lujan
rdesantiago@wabsa.com
elujan@wabsa.com
500 Marquette Ave. NW, Suite 1310
Albuquerque, NM 87102
Telephone: (505) 243-6864
Facsimile: (505) 843-9318
*Attorneys for Defendant Loviata Mitchell*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on this 11th day of August, 2025, the foregoing document was filed electronically through the CM/ECF system, which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Paul J. Kennedy
Jessica M. Hernandez
Elizabeth A. Harrison
Ryne P. Smith
Kennedy Hernandez & Harrison, PC
201 Twelfth Street NW
Albuquerque, NM 87102
Tel: (505) 842-8662
*pkennedy@kennedyhernandez.com*
*jhernandez@kennedyhernandez.com*
*eharrison@kennedyhernandez.com*
*rsmith@kennedyhernandez.com*
*Attorneys for Plaintiffs*

Roxie P. Rawls-De Santiago
Esperanza Lujan
500 Marquette Ave. NW Suite 1310
Albuquerque, NM 87102
Tel: (505) 243-6864
*rdesantiago@wabsa.com*
*elujan@wabsa.com*
*Attorneys for Loviata Mitchell*

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.

By:  */s/ Jennifer G. Anderson*
      Jennifer G. Anderson

W5430288.DOCX